IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-567-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| APPROXIMATELY $26,020 IN UNITED STATES CURRENCY, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Eugene E. Lester III, concerning Avik K. Ganguly, on December 21, 2021. Avik K. Ganguly seeks to appear as counsel *pro hac vice* for Rashaad M. Jones. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Avik K. Ganguly is hereby admitted *pro hac vice* to represent Rashaad M. Jones.

**SO ORDERED**.

Signed: December 21, 2021

David C. Keesler
United States Magistrate Judge