IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:21-cv-567

UNITED STATES OF AMERICA )
    v. )
      ) **ORDER**
APPROXIMATELY $26,020 IN UNITED )
STATES CURRENCY SEIZED FROM )
RASHAAD M. JONES ON MARCH 8, 2021 AT )
CHARLOTTE-DOUGLAS INTERNATIONAL )
AIRPORT )

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 17). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $26,020 in Currency seized from Rashaad Jones on March 8, 2021 at Charlotte-Douglas International Airport.**

Signed: April 27, 2022

_____
Frank D. Whitney
United States District Judge